# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HENENFENT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LG ELECTRONICS USA, INC.,<br><br>　　　　　Defendants. | Case No. 1:23-cv-00354-ADA-SAB<br><br>ORDER RE: STIPULATED MOTION TO CONTINUE SCHEDULING CONFERENCE AND BRIEFING SCHEDULE<br><br>(ECF Nos. 9, 10, 13, 14) |

Plaintiff initiated this action on March 9, 2023. (ECF No. 1.) An initial scheduling conference is currently set for June 27, 2023. (ECF No. 3.) On May 24, 2023, Defendant filed a motion to compel arbitration and a motion to dismiss. (ECF Nos. 9, 10.) On May 25, 2023, the motions were referred to the assigned Magistrate Judge. (ECF No. 12.) The motions are set for hearing on August 16, 2023, in Courtroom 9. (ECF No. 13.) On June 1, 2023, the parties filed a stipulated motion to modify the briefing schedule on the motions, and to continue the hearing date and scheduling conference. (ECF No. 14.) The Court finds good cause to grant the stipulated motion.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that the stipulated motion (ECF No. 14) is GRANTED and:

1. Plaintiff's opposition briefs to the motion to dismiss and motion to compel arbitration shall be filed no later than **July 24, 2023**;
2. Defendant's reply briefs shall be filed no later than **August 23, 2023**;
3. The hearing on Defendant's motions currently set for August 16, 2023, is continued to **September 6, 2023, at 10:00 a.m**., in **Courtroom 9**;
4. The Scheduling Conference set for June 27, 2023, is continued to **January 16, 2023, at 11:00 a.m.**; and
5. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **June 2, 2023**

_____
UNITED STATES MAGISTRATE JUDGE