# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HENENFENT,<br><br>    Plaintiff,<br><br>v.<br><br>LG ELECTRONICS USA, INC.,<br><br>    Defendant. | Case No.  1:23-cv-00354-ADA-SAB<br><br>ORDER CONTINUING DEFENDANT'S MOTIONS TO COMPEL ARBITRATION AND DISMISS TO OCTOBER 4, 2023<br><br>(ECF Nos. 9, 10, 15, 19) |

On May 24, 2023, Defendant filed a motion to compel arbitration and a motion to dismiss.  (ECF Nos. 9, 10.)  The hearing on the motions is currently set for September 6, 2023.  (ECF No. 15.)  On August 3, 2023, the parties filed a stipulated request to continue the hearing to October 4, 2023.  (ECF No. 19.)  The Court finds good cause to grant the request based on the proffer the continuance is required due to scheduling conflicts of Defendant and its counsel.

Accordingly, IT IS HEREBY ORDERED that the hearing on Defendant's motions set for September 6, 2023, is CONTINUED to October 4, at 10:00 a.m. in Courtroom 9.

IT IS SO ORDERED.

Dated:  **August 4, 2023**

UNITED STATES MAGISTRATE JUDGE