# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HENENFENT,<br><br>    Plaintiff,<br><br>v.<br><br>LG ELECTRONICS USA, INC.,<br><br>    Defendant. | Case No. 1:23-cv-00354-ADA-SAB<br><br>ORDER GRANTING PHOEBE A. WILKINSON'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 23) |

The Court has read and considered the application of Phoebe A. Wilkinson, attorney for Defendant LG Electronics USA, Inc., for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of the United States District Court for this District. (ECF No. 23.)  Having reviewed the application, Phoebe A. Wilkinson's application for admission to practice *pro hac vice* is HEREBY GRANTED.  The *Pro Hac Vice* Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:  **September 27, 2023**

_____
UNITED STATES MAGISTRATE JUDGE

1