# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HENENFENT,<br><br>    Plaintiff,<br><br>    v.<br><br>LG ELECTRONICS USA, INC.,<br><br>    Defendant. | Case No. 1:23-cv-00354-ADA-SAB<br><br>ORDER GRANTING J. HUNTER BRYSON'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 25) |

The Court has read and considered the application of J. Hunter Bryson, attorney for Plaintiff, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of the United States District Court for this District. (ECF No. 25.) Having reviewed the application, J. Hunter Bryson's application for admission to practice *pro hac vice* is HEREBY GRANTED. The *Pro Hac Vice* Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **September 28, 2023**

UNITED STATES MAGISTRATE JUDGE

1