# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HENENFENT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LG ELECTRONICS USA, INC.,<br><br>　　　　Defendant. | Case No. 1:23-cv-00354-NODJ-SAB<br><br>ORDER GRANTING DEFENDANT'S REQUEST FOR LEAVE TO FILE A REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY<br><br>(ECF Nos. 34, 35, 36)<br><br>**SEVEN DAY DEADLINE** |

Defendant's motion to compel arbitration and motion to dismiss are currently pending before the Court. (ECF Nos. 9, 10.) On January 8, 2024, Defendant filed a notice of supplemental authority, Wheeler v. LG Elecs. USA, Inc., No. 1:22-CV-00459-NODJ-BAM, 2024 WL 51353 (E.D. Cal. Jan. 4, 2024), in support of its motion to compel arbitration. (ECF No. 34.) See L.R. 230(m)(2) ("After a reply is filed, no additional memoranda, papers, or other materials may be filed without prior Court approval except…Any party may file a notice of supplemental authority to bring the Court's attention to a relevant judicial opinion issued after the date that party's opposition or reply was filed. The notice of supplemental authority may contain a citation to the new authority but may not contain additional argument on the motion").

On January 24, 2024, Plaintiff filed a response to Defendant's notice of supplemental authority proffering additional argument without first requesting leave from this Court. (ECF No. 35.) On January 29, 2024, Defendant filed a request that Plaintiff's response be stricken as

improper and unauthorized under Local Rule 230(m), or, in the alternative, leave to file a reply to Plaintiff's response. (ECF No. 36.)   Defendant's argument that Local Rule 230(m) prohibits additional filings, subject to limited exceptions, without first requesting leave from this Court is well-taken.  The Court will provide Defendant an opportunity to respond to Plaintiff's response.

Accordingly, IT IS HEREBY ORDERED that Defendant shall file a reply to Plaintiff's response to Defendant's notice of supplemental authority **within seven (7) days** of entry of this order.

IT IS SO ORDERED.

Dated:     **January 31, 2024**

UNITED STATES MAGISTRATE JUDGE