# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HENENFENT,<br><br>    Plaintiff,<br><br>    v.<br><br>LG ELECTRONICS USA, INC.,<br><br>    Defendant. | Case No.  1:23-cv-00354-KES-SAB<br><br>ORDER RE: STIPULATION FOR ADMINISTRATIVE RELIEF REQUESTING AN ADMINISTRATIVE STAY OF THIS ACTION IN LIGHT OF A FORTHCOMING SETTLEMENT AGREEMENT BETWEEN THE PARTIES<br><br>(ECF No. 41)<br><br>**DEADLINE: May 17, 2024** |

On March 27, 2024, the undersigned issued findings and recommendations recommending holding LG's motion to compel arbitration and motion to dismiss in abeyance pending a bench trial or equivalent evidentiary proceeding before the assigned District Judge. (ECF No. 40.)  The findings and recommendations notified the parties that any objections were due within twenty-one days.  (Id. at 22.)

On April 17, 2024, the deadline to file objections, the parties filed a stipulation for administrative relief requesting an administrative stay of the action in light of a forthcoming settlement agreement between the parties.  (ECF No. 41.)  Therein, the parties proffer they have engaged in good faith settlement negotiations and have agreed to the material terms of a settlement agreement to resolve the case without the need for further litigation.  (Id. at 2.) However, the parties require additional time to finalize their agreement in writing prior to a final

1  disposition in the instant matter. Accordingly, the parties request the case be placed on an
2  administrative stay pending the finalization of the Parties' settlement agreement and the parties'
3  deadline to file objections be stayed pending an update from the parties on the status of
4  settlement. (Id.)

5  The Court does not find a stay in the case to allow the parties to finalize a settlement
6  agreement in writing is warranted and shall deny the stipulation. Generally, upon notice of
7  settlement, the Court is required to fix a date for dispositional documents to be filed within
8  twenty-one (21) days, absent good cause shown to extend such time. L. R. 160(b). However,
9  given the parties' contemporaneous request for a stay of the parties' deadline to file objections to
10 the findings and recommendations, the Court finds a thirty-day extension of the deadline to file
11 objections is appropriate. Should the parties require additional time to finalize a settlement
12 agreement, the parties may file a stipulation requesting a further extension to file objections to
13 the findings and recommendations, supported by good cause. If the parties do not file
14 dispositional documents or objections **by May 17, 2024**, the findings and recommendations will
15 be submitted to the District Judge for review pursuant to 28 U.S.C. § 636(b)(1)(C).

16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

Accordingly, IT IS HEREBY ORDERED that:

1. The stipulation for administrative relief requesting an administrative stay of this action in light of a forthcoming settlement agreement between the parties is DENIED;

2. The stipulation to stay the deadline to file written objections to the findings and recommendations (ECF No. 40) pending an update from the Parties on the status of settlement is DENIED; and

3. The deadline to file dispositional documents or objections to the findings and recommendations (ECF No. 40) is extended to **May 17, 2024.**

IT IS SO ORDERED.

Dated:   **April 18, 2024**

UNITED STATES MAGISTRATE JUDGE