# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HENENFENT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LG ELECTRONICS USA, INC.,<br><br>　　　　Defendant. | Case No.  1:23-cv-00354-KES-SAB<br><br>ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME TO FINALIZE SETTLEMENT AGREEMENT BETWEEN THE PARTIES<br><br>(ECF No. 44)<br><br>**THIRTY-DAY DEADLINE** |

On March 27, 2024, the undersigned issued findings and recommendations recommending holding LG's motion to compel arbitration and motion to dismiss in abeyance pending a bench trial or equivalent evidentiary proceeding before the assigned District Judge. (ECF No. 40.)  The findings and recommendations notified the parties that any objections were due within twenty-one days.  (Id. at 22.)  On April 17, 2024, the parties notified the Court they had agreed to material terms of a settlement agreement.  (ECF No. 41.)  The Court issued an order extending the deadline to file dispositional documents or objections to the findings and recommendations to May 17, 2024.  (Id. at 42)

On May 17, 2024, the parties filed a joint stipulation for extension of time to finalize a settlement agreement between the parties.  (ECF No. 44.)  Therein, the parties proffer they have continued to engage in good-faith settlement negotiations and have agreed upon the full, specific terms of such settlement, and the agreement is presently being circulated for execution among

1

the parties. (Id. at 2.) The parties contend they require a short period of additional time to complete execution of the settlement agreement, complete performance under the agreement, and prepare dispositional documents to be filed with the Court. (Id.) The Court finds good cause to extend the deadline to file dispositional documents or objections to the findings and recommendations by thirty days.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that the parties' deadline to either file dispositional documents or written objections to the findings and recommendations recommending holding Defendant's motion to compel arbitration and motion to dismiss in abeyance pending a summary trial (ECF No. 40) shall be extended by thirty (30) days.

IT IS SO ORDERED.

Dated:  **May 17, 2024**

UNITED STATES MAGISTRATE JUDGE