Trenton R. Kashima (SBN No. 291405)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
402 West Broadway, Suite 1760
San Diego, CA 92101
Tel: (619) 810-7047
tkashima@milberg.com

*Attorney for Plaintiff
and the Putative Classes*

*(Additional Counsel listed in signature block)*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HENENFENT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LG ELECTRONICS USA, INC.,<br><br>Defendant. | Case No. 1:23-cv-00354-KES-SAB<br><br>Hon. Kirk E. Sherriff<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Please take notice that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jeff Henenfent hereby dismisses this action with prejudice as to all claims, causes of action, and parties.

DATED: June 4, 2024

Respectfully submitted,

*/s/ Trenton R. Kashima*
Trenton R. Kashima (SBN No. 291405)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
401 West Broadway, Suite 1760
San Diego, CA 92101
Tel: (619) 810-7047
tkashima@milbeg.com

---

NOTICE OF VOLUNTARY DISMISSAL    Case No. 1:23-CV-00354-KES-SAB

Gary Klinger*
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Ste. 2100
Chicago, IL 60606
Tel: (866) 252-0878
gklingermilberg.com

Nick Suciu III*
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301
Tel.:(313) 303-3472
Fax:(865) 522-0049
nsuciu@milberg.com

Daniel O. Herrera*
Mohammed A. Rathur*
**CAFFERTY CLOBES**
**MERIWETHER & SPRENGEL LLP**
135 S. LaSalle Street, 3210
Chicago, IL 60603
Tel.: (312) 782-4880
Fax: (312) 782-7785
dherrera@caffertyclobes.com
mrathur@caffertyclobes.com

*Counsel for Plaintiff and the Putative Class*
**Pro hac vice forthcoming*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the United States District Court for the Eastern District of California by using the CM/ECF system on June 4, 2024. I further certify that all participants in this case appear to have been registered CM/ECF users and that service has been accomplished via this electronic filing.

Executed June 4, 2024

                                                                                                            /s/ Trenton R. Kashima
                                                                                                            Trenton R. Kashima